**HOWARD & HOWARD ATTORNEYS PLLC**
Kimberly P. Stein
(Nevada Bar No. 8675)
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
Email: KStein@HowardandHoward.com

**HOWARD & HOWARD ATTORNEYS PLLC**
Patrick M. McCarthy
(Michigan Bar No. P49100, *pro hac vice* application forthcoming)
One North Main Building, Suite 410
101 North Main Street
Ann Arbor, Michigan 48104-1475
Telephone: (734) 222-1097
Facsimile: (734) 761-5957
Email: PMcCarthy@HowardandHoward.com

*Attorneys for Plaintiff Konami Gaming, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation, | Case No. 2:14-CV-01485-JAD-CWH |
|     Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF / COUNTERCLAIM-DEFENDANT KONAMI GAMING, INC. TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS COUNTERCLAIMS AND AFFIRMATIVE DEFENSES** |
| vs. | |
| MARKS STUDIOS, LLC d/b/a Gimmie Games, a Georgia limited liability company, | |
|     Defendant. | **(FIRST REQUEST)** |
| MARKS STUDIOS, LLC d/b/a Gimmie Games, a Georgia limited liability company, | |
|     Counterclaim-Plaintiff, | |
| vs. | |
| KONAMI GAMING, INC., a Nevada corporation, | |
|     Counterclaim-Defendant. | |

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

Pursuant to LR 6-1, Plaintiff / Counterclaim-Defendant Konami Gaming, Inc. ("Konami") and Defendant / Counterclaim-Plaintiff Marks Studios, LLC hereby stipulate and agree that Konami shall be provided a two-week extension to file its Reply in support of its Motion To Dismiss Counterclaims And Affirmative Defenses (ECF 17, filed 12/10/2014). The hearing on the underlying Motion is currently set for February 3, 2015, and as such, this extension will not delay the hearing. Accordingly, Konami's Reply in Support of its Motion to Dismiss Counterclaims and Affirmative Defenses shall now be due on January 17, 2015.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483

An extension is necessary due to the holidays and a personal family matter that recently arose for Konami's primary counsel.  This is the first request by Konami for an extension of time in this matter.  This request is made in good faith and is not for the purpose of causing undue delay.

Dated this 30th day of December, 2014

Dated this 30th day of December, 2014

By: /s/ Kimberly P. Stein
    Kimberly P. Stein, Nevada Bar No. 8675
    HOWARD & HOWARD ATTORNEYS PLLC
    Wells Fargo Tower, Suite 1000
    3800 Howard Hughes Parkway
    Las Vegas, Nevada 89169-5980
    Telephone: (702) 257-1483
    Facsimile: (702) 567-1568
    Email: KStein@HowardandHoward.com

    Patrick M. McCarthy,
    (Michigan Bar No. P49100, *pro hac vice*
    application forthcoming)
    One North Main Building, Suite 410
    101 North Main Street
    Ann Arbor, Michigan 48104-1475
    Telephone: (734) 222-1097
    Facsimile: (734) 761-5957
    Email:PMcCarthy@HowardandHoward.com

*Attorneys for Plaintiff Konami Gaming, Inc.*

By: /s/ Ramy Hanna
    Nicholas J. Santoro, Nevada Bar No. 532
    Jason D. Smith, Nevada Bar No. 9691
    SANTORO WHITMIRE
    10100 West Charleston Blvd., Suite 250
    Las Vegas, Nevada 89135
    Telephone: (702) 948-8771
    Facsimile: (702) 948-8773
    Email: nsantoro@santoronevada.com

    Jonathan Moskin (pro hac vice admitted)
    Akiva Cohen (pro hac vice admitted)
    Ramy Hanna (pro hac vice admitted)
    Adam Pence (pro hac vice admitted)
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, New York 10016-1314
    Telephone: (212) 682-7474
    Facsimile: (212) 687-2329
    Email: jmoskin@foley.com
*Attorneys for Defendant Marks Studios, LLC*

## ORDER

**IT IS SO ORDERED.**

Dated: December 31, 2014

_____
United States District Judge