NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
nsantoro@santoronevada.com
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
jsmith@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone: 702/948-8771
Facsimile: 702/948-8773

Jonathan Moskin
Akiva Cohen
Ramy Hanna
Adam Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
P: (212) 682-7474
F: (212) 687-2329
Email: jmoskin@foley.com
*(admitted pro hac vice)*

*Attorneys for Defendant Marks Studios, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARKS STUDIOS, LLC d/b/a Gimmie Games, a Georgia limited liability company,<br><br>Defendant. | CASE NO.: 2:14-cv-01485-JAD-CWH<br><br>Honorable Jennifer A. Dorsey<br>Magistrate Judge Carl W. Hoffman<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 26-4. Plaintiff Konami Gaming, Inc. ("Konami" or "Plaintiff") and Defendant Marks Studios, LLC d/b/a Gimmie Games ("Marks Studios" or "Defendant") hereby stipulate as follows:

**WHEREAS**, the parties to this action filed a proposed joint Discovery Plan and Scheduling Order (the "Scheduling Order") on December 30, 2014, which included a *Markman* schedule with proposed dates, pursuant to Local rules 16.1-6 to 16.1-18 (*docket no. 24)*;

1 **WHEREAS**, the Scheduling Order provided that Plaintiff Konami Gaming, Inc. ("Konami") would serve its Disclosure of Asserted Claims and Infringement Contentions ("Claims and Contentions"), along with supporting documents, by January 14, 2015 (*docket no. 24.)*;

**WHEREAS,** the Court so ordered the Scheduling Order on January 27, 2015 (*docket no. 31)*;

**WHEREAS**, to date, the Plaintiff and Defendants have made their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and have filed the Stipulated Protective Order required under Local Rule 16.1-4;

**WHEREAS**, pursuant to the Scheduling Order, discovery is partially stayed until the Court issues a *Markman* order on claim construction.  Until that time, the only permitted discovery: (a) the substantive disclosures included in section C ("Markman schedule") of the Scheduling Order; (b) Defendant's deposition of the inventor(s), (c) Plaintiff's deposition of a technical person knowledgeable concerning operation of Defendant's games, (d) Plaintiff's and Defendant's discovery relating to claim construction and the validity of the patents in suit, and (e) expert discovery;

**WHEREAS**, on January 14, 2015, Plaintiff made its Disclosure of Asserted Claims and Infringement Contentions pursuant to LR 16.1-6, Defendant is challenging the sufficiency of certain disclosures with Local Rule 16.1-6(a) and (d), and the production of documents under Local Rule 16.1-7,;

**WHEREAS**, while Plaintiff disagrees with Defendant's challenges, in the interest of judicial economy and for convenience of the Parties Plaintiff has agreed to supplement its Disclosure of Asserted Claims and Infringement Contentions pursuant to LR 16.1-6 and further to produce the documents under Local Rule 16.1-7, for which has taken additional time;

**WHEREAS**,  the parties have agreed to amend the *Markman* schedule to provide at least an additional four weeks from the current schedule for Defendant to file its Initial Disclosure of Non-Infringement, Invalidity and Unenforceability Contentions due to the delays in resolving the disclosure issues and to allow Defendant sufficient time to respond;

- 2 -

1 **WHEREAS**, this is the parties' first request to modify the Scheduling Order.

2 **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the named parties hereto, that the *Markman* schedule in the Scheduling Order will be amended as follows solely as to the dates for (1) Disclosure of Asserted Claims and Infringement Contentions - LR 16.1-6, (2) Initial Disclosure of Non-Infringement, Invalidity and Unenforceability Contentions - LR 16.1-8, and (3) Response to Initial Non-Infringement, Invalidity and Unenforceability Contentions - LR 16.1-10:

| Event | Basis | Proposed Date |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions | LR 16.1-6 | January 14, 2015 Supplemental Disclosure Date: February 9, 2015 |
| Initial Disclosure of Non-Infringement, Invalidity and Unenforceability Contentions | LR 16.1-8 | March 26, 2015 |
| Response to Initial Non-Infringement, Invalidity and Unenforceability Contentions | LR 16.1-10 | April 9, 2015 |
| Exchange of Proposed Terms for Claim Construction | LR 16.1-13 | April 28, 2015 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence | LR 16.1-14 | May 28, 2015 |
| Parties to Meet and Confer regarding terms requiring construction and proposed meaning of the terms | LR 16.1-14 | June 1-8, 2015 |
| Joint Claim Construction Statement | LR 16.1-15 | June 5, 2015 |
| Opening Claim Construction Brief | LR 16.1-16 | July 13, 2015 |
| Responsive Claim Construction Brief | LR 16.1-16 | July 27, 2015 |
| Reply Claim Construction Brief | LR 16.1-16 | August 3, 2015 |

**IT IS FURTHER STIPULATED AND AGREED** that in no event shall the return date for Defendant's Initial Disclosure of Non-Infringement, Invalidity and Unenforceability Contentions be fewer than the 45 days after completed service of documents in support of Konami's Claims and Contentions, as afforded under LR 16.1-8;

**IT IS FURTHER STIPULATED AND AGREED** that the Discovery plan remains unchanged and that this Stipulation is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD,**

Dated: February 6, 2015

By: */s/ Nicholas J. Santoro*
   Nicholas J. Santoro
   Nevada Bar No. 532
   Jason D. Smith
   Nevada Bar No. 9691
   SANTORO WHITMIRE
   10100 West Charleston Blvd., Suite 250
   Las Vegas, Nevada 89135
   P: (702) 948-8771
   F: (702) 948-8773
   Email: nsantoro@santoronevada.com
   Email: jsmith@santoronevada.com

   Jonathan Moskin
   Akiva Cohen
   Ramy Hanna
   Adam Pence
   FOLEY & LARDNER LLP
   90 Park Avenue
   New York, New York 10016-1314
   P: (212) 682-7474
   F: (212) 687-2329
   Email: jmoskin@foley.com
   *(*admitted *pro hac vice)*

*Attorneys for Defendant Marks Studios, LLC*

Dated: February 6, 2015

By: */s/ Kimberly P. Stein*
   Kimberly P. Stein
   Nevada Bar No. 8675
   HOWARD & HOWARD ATTORNEYS
   Wells Fargo Tower, Suite 1000
   3800 Howard Hughes Parkway
   Las Vegas, Nevada 89169
   P: (702) 257-1483
   F: (702) 567-1568
   Email: KStein@howardandhoward.com

and

   Patrick M. McCarthy
   Michigan Bar No. P49100
   HOWARD & HOWARD ATTORNEYS
   One North Main Building
   101 North Main Street
   Ann Arbor, Michigan 48104-1475
   P: (734) 222-1483
   F: (732) 761-5957
   Email: PMcCarthy@howardandhoward.com
   (admitted pro hac vice)

*Attorneys for Plaintiff Konami Gaming, Inc.*

**ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**:

Dated: February 9, 2015

_____
Carl W. Hoffman
United States Magistrate Judge

- 4 -