NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
nsantoro@santoronevada.com
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
jsmith@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:   702/948-8773

Jonathan Moskin
Akiva Cohen
Ramy Hanna
Adam Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
P: (212) 682-7474
F: (212) 687-2329
Email: jmoskin@foley.com
*(admitted pro hac vice)*

*Attorneys for Defendant Marks Studios, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>                        Plaintiff,<br><br>v.<br><br>MARKS STUDIOS, LLC d/b/a Gimmie Games, a Georgia limited liability company,<br><br>                        Defendant. | CASE NO.:   2:14-cv-01485-JAD-CWH<br><br>Honorable Jennifer A. Dorsey<br>Magistrate Judge Carl W. Hoffman<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br>**(SECOND REQUEST)** |

Pursuant to Local Rules 6-1 and 26-4. Plaintiff Konami Gaming, Inc. ("Konami" or "Plaintiff") and Defendant Marks Studios, LLC d/b/a Gimmie Games ("Marks Studios" or "Defendant") hereby stipulate as follows:

**WHEREAS**, the parties to this action filed a proposed joint Discovery Plan and Scheduling Order (the "Scheduling Order") on December 30, 2014, (*Docket no. 24)*;

**WHEREAS,** the Court so ordered the Scheduling Order on January 27, 2015 (*Docket no. 31)*;

**WHEREAS**, to date, the Plaintiff and Defendant have made their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and have filed the Stipulated Protective Order required under Local Rule 16.1-4;

**WHEREAS**, pursuant to the Scheduling Order, discovery is partially stayed until the Court issues a *Markman* order on claim construction;

**WHEREAS**, the parties first requested to modify the Scheduling Order on February 6, 2015 (*Docket No. 35)*;

**WHEREAS**, the Court so ordered the Scheduling Order on February 6, 2015 (*Docket No. 37)*;

**WHEREAS**, the parties have disputes regarding the sufficiency of the local rule disclosures made by Plaintiff and Defendant as well as discovery related to additional Defendant products;

**WHEREAS**, the parties have agreed to stipulate to a modification of the case schedule to allow the parties sufficient time to resolve their disputes and for Plaintiff to receive from Defendant discovery related to additional Defendant products;

**WHEREAS**, this is the parties' second request to modify the Scheduling Order;

/ / /

/ / /

/ / /

- 2 -

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the named parties hereto, that the schedule in the Scheduling Order will be amended as follows:

| Event | Basis | Proposed Date |
|---|---|---|
| Defendant shall produce source code and operating documents for the ten additional games as identified in the supplemental Asserted Claims and Infringement Contentions | LR 16.1-9 | May 19, 2015 |
| Disclosure of Asserted Claims and Infringement Contentions | LR 16.1-6 | June 2, 2015 |
| Disclosure of Non-Infringement, Invalidity and Unenforceability Contentions | LR 16.1-8 | July 2, 2015 |
| Response to Non-Infringement, Invalidity and Unenforceability Contentions | LR 16.1-10 | July 20, 2015 |
| Exchange of Proposed Terms for Claim Construction | LR 16.1-13 | August 3, 2015 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence | LR 16.1-14 | August 24, 2015 |
| Parties to Meet and Confer regarding terms requiring construction and proposed meaning of the terms | LR 16.1-14 | August 25-28, 2015 |
| Joint Claim Construction Statement | LR 16.1-15 | September 9, 2015 |
| Opening Claim Construction Brief | LR 16.1-16 | October 9, 2015 |
| Responsive Claim Construction Brief | LR 16.1-16 | October 23, 2015 |
| Reply Claim Construction Brief | LR 16.1-16 | October 30, 2015 |
| *Markman* Hearing | N/A | To be Set By Court |
| Initial Expert Disclosures and Submission of Interim Status Report | N/A | November 15, 2015 |
| Rebuttal Expert Exchange | N/A | December 15, 2015 |

**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773

**IT IS FURTHER STIPULATED AND AGREED** that nothing herein alters the obligations and requirements included in the Scheduling Order and that this Stipulation is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD,**

/ / /

/ / /

/ / /

**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773

| | |
|---|---|
| Dated: May 18, 2015 | By: */s/ Nicholas J. Santoro*<br>Nicholas J. Santoro<br>(Nevada Bar No. 532)<br>Jason D. Smith<br>(Nevada Bar No. 9691)<br>SANTORO WHITMIRE<br>10100 West Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br>P: (702) 948-8771<br>F: (702) 948-8773<br>Email: nsantoro@santoronevada.com<br>Email: jsmith@santoronevada.com<br><br>Jonathan Moskin<br>Akiva Cohen<br>Ramy Hanna<br>Adam Pence<br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>New York, New York 10016-1314<br>P: (212) 682-7474<br>F: (212) 687-2329<br>Email: jmoskin@foley.com<br>*(*admitted *pro hac vice*)<br><br>*Attorneys for Defendant Marks Studios, LLC* |

/ / /

/ / /

/ / /

SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773

Dated: May 18, 2015

By: */s/ Kimberly P. Stein*
Kimberly P. Stein (Nevada Bar No. 8675)
HOWARD & HOWARD ATTORNEYS
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169
P: (702) 257-1483
F: (702) 567-1568
Email: KStein@howardandhoward.com

and

Patrick M. McCarthy (Michigan Bar No. P49100) (admitted pro hac vice)
HOWARD & HOWARD ATTORNEYS
One North Main Building
101 North Main Street
Ann Arbor, Michigan 48104-1475
P: (734) 222-1483
F: (732) 761-5957
Email: PMcCarthy@howardandhoward.com

Attorneys for Plaintiff Konami Gaming, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: May 19, 2015

_____
Carl W. Hoffman
United States Magistrate Judge