UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Konami Gaming, Inc.,

          Plaintiff,

vs.

Marks Studios, LLC,

          Defendant.

Case No.: 2:14-cv-1485-JAD-CWH

**Order Re: Doc. 39**

    Accordingly, for the reasons stated on the record during the June 1, 2015, hearing,

    It is HEREBY ORDERED that Konami's Motion to Dismiss and/or Strike **[Doc. 39]** is **GRANTED**. Marks's counterclaims 1, 2, 3, and 4 are **DISMISSED**.

    DATED: June 2, 2015.

_____
Jennifer A. Dorsey
United States District Judge