**HOWARD & HOWARD ATTORNEYS PLLC**
Kimberly P. Stein, Esq.
(Nevada Bar No. 8675)
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483 | Facsimile: (702) 567-1568
Email: KStein@HowardandHoward.com

**HOWARD & HOWARD ATTORNEYS PLLC**
Patrick M. McCarthy (Michigan Bar No. P49100) (admitted *pro hac vice*)
One North Main Building, Suite 410
101 North Main Street
Ann Arbor, Michigan 48104-1475
Telephone: (734) 222-1483 | Fax: (734) 761-5957
Email: PMcCarthy@HowardandHoward.com

**HOWARD & HOWARD ATTORNEYS PLLC**
Kristopher K. Hulliberger (Michigan Bar No. P66903) (admitted *pro hac vice*)
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Telephone: (248) 723-0453 | Fax: (248) 645-1568
Email: kkh@h2law.com

*Attorneys for Plaintiff Konami Gaming, Inc*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>Marks Studios, LLC d/b/a Gimmie Games, a Georgia limited liability company,<br><br>Defendant.<br><br>Marks Studios, LLC d/b/a Gimmie Games, a Georgia limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v. | Case No.: 2:14-CV-01485-JAD-CWH<br><br>Honorable Jennifer A. Dorsey<br>Magistrate Judge Carl W. Hoffman<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER (THIRD REQUEST)** |

Page 1 of 6

4824-5427-9974v2

KONAMI GAMING, INC., a Nevada corporation,

Counterclaim-Defendant.

## STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER (THIRD REQUEST)

Pursuant to Local Rules 6-1 and 26-4, Plaintiff/Counterclaim-Defendant Konami Gaming, Inc. ("Konami" or "Plaintiff") and Defendant/Counterclaim-Plaintiff Marks Studios, LLC d/b/a Gimmie Games ("Marks Studios" or "Defendant") hereby stipulate as follows:

**WHEREAS**, the parties to this action filed a proposed joint Discovery Plan and Scheduling Order (the "Scheduling Order") on December 30, 2014 (*Docket No. 24*);

**WHEREAS,** the Court approved the Scheduling Order on January 27, 2015 (*Docket No. 31*);

**WHEREAS**, pursuant to the Scheduling Order, discovery is partially stayed until the Court issues a *Markman* order on claim construction;

**WHEREAS**, the parties' first request to modify the Scheduling Order was on February 6, 2015 (*Docket No. 35*);

**WHEREAS**, the Court approved the proposed modification of the Scheduling Order on February 6, 2015 (*Docket No. 37*);

**WHEREAS**, the parties' second request to modify the Scheduling Order was on May 18, 2015 (*Docket No. 65*);

**WHEREAS**, the Court approved the proposed modification of the Scheduling Order on May 19, 2015 (*Docket No. 66*);

**WHEREAS,** on June 1, 2015, the parties informally extended the deadlines for: (1) Defendant to produce source code and operating documents for the ten additional games as

Page 2 of 6

4824-5427-9974v2

identified in the supplemental Asserted Claims and Infringement Contentions under Local Rule 16.1-9 to June 5, 2015; (2) Plaintiff to make its Disclosures of Asserted Claims and Infringement Contentions under Local Rule 16.1-6 to June 10, 2015; (3) Defendant to make its Disclosure of Non-Infringement, Invalidity and Unenforceability Contentions under Local Rule 16.1-8 to July 10, 2015; and (4) Plaintiff to serve its Response to Non-Infringement, Invalidity and Unenforceability Contentions under Local Rule 16.1-10 to July 24, 2015.

**WHEREAS**, to date, the Plaintiff and Defendant have made their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), have filed the Stipulated Protective Order required under Local Rule 16.1-4, Defendant has produced the source code and operating documents for the ten additional games as identified in the supplemental Asserted Claims and Infringement Contentions under Local Rule 16.1-9; Plaintiff has made its Disclosure of Asserted Claims and Infringement Contentions required under Local Rule 16.1-6, and Defendant has made its Disclosure of Non-Infringement, Invalidity and Unenforceability Contentions under Local Rule 16.1-8;

**WHEREAS**, Plaintiff's expert had to undergo emergency surgery, delaying Plaintiff's preparation of its Response to Non-Infringement, Invalidity and Unenforceability Contentions;

**WHEREAS**, the parties have agreed to stipulate to a modification of the case schedule to allow Plaintiff sufficient opportunity to work with its expert to prepare its Response to Non-Infringement, Invalidity and Unenforceability Contentions;

**WHEREAS**, this is the parties' third request to modify the Scheduling Order;

4824-5427-9974v2

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the named parties hereto, that the schedule in the Scheduling Order will be amended as follows:

| Event | Basis | Proposed Date[1] |
|---|---|---|
| Response to Non-Infringement, Invalidity and Unenforceability Contentions | LR 16.1-10 | July 31, 2015 |
| Exchange of Proposed Terms for Claim Construction | LR 16.1-13 | August 10, 2015 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence | LR 16.1-14 | August 31, 2015 |
| Parties to Meet and Confer regarding terms requiring construction and proposed meaning of the terms | LR 16.1-14 | September 1-4, 2015 |
| Joint Claim Construction Statement | LR 16.1-15 | September 16, 2015 |
| Opening Claim Construction Brief | LR 16.1-16 | October 16, 2015 |
| Responsive Claim Construction Brief | LR 16.1-16 | October 30, 2015 |
| Reply Claim Construction Brief | LR 16.1-16 | November 6, 2015 |
| *Markman* Hearing | N/A | To be Set By Court |
| Initial Expert Disclosures and Submission of Interim Status Report | N/A | November 23, 2015 |
| Rebuttal Expert Exchange | N/A | December 22, 2015 |

IT IS FURTHER STIPULATED AND AGREED that nothing herein alters the obligations and requirements included in the Scheduling Order and that this Stipulation is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD,

---

[1] The proposed deadlines extend the prior deadlines by 7 days, with the exception of the deadline for Initial Expert Disclosures and Submission of Interim Status Report, which would be extended 8 days because the original deadline was on a Sunday.

Page 4 of 6

4824-5427-9974v2

| | | |
|---|---|---|
| 1 | Dated: July 23, 2015 | By: /s/ Kimberly P. Stein |
| 2 | | Kimberly P. Stein (Nevada Bar No. 8675)<br>HOWARD & HOWARD ATTORNEYS |
| 3 | | Wells Fargo Tower, Suite 1000<br>3800 Howard Hughes Parkway |
| 4 | | Las Vegas, Nevada 89169<br>P: (702) 257-1483 |
| 5 | | F: (702) 567-1568<br>Email: KStein@howardandhoward.com |
| 6 | | |
| 7 | | and |
| 8 | | Patrick M. McCarthy (Michigan Bar No. P49100) (admitted pro hac vice) |
| 9 | | HOWARD & HOWARD ATTORNEYS<br>One North Main Building |
| 10 | | 101 North Main Street |
| 11 | | Ann Arbor, Michigan 48104-1475<br>P: (734) 222-1483 |
| 12 | | F: (732) 761-5957<br>Email: PMcCarthy@howardandhoward.com |
| 13 | | |
| 14 | | Attorneys for Plaintiff Konami Gaming, Inc. |
| 15 | Dated: July 23, 2015 | By: /s/ Nicholas J. Santoro<br>Nicholas J. Santoro |
| 16 | | (Nevada Bar No. 532)<br>Jason D. Smith |
| 17 | | (Nevada Bar No. 9691)<br>SANTORO WHITMIRE |
| 18 | | 10100 West Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135 |
| 19 | | P: (702) 948-8771<br>F: (702) 948-8773 |
| 20 | | Email: nsantoro@santoronevada.com<br>Email: jsmith@santoronevada.com |
| 21 | | Jonathan Moskin |
| 22 | | Akiva Cohen<br>Ramy Hanna |
| 23 | | Adam Pence<br>FOLEY & LARDNER LLP |
| 24 | | 90 Park Avenue<br>New York, New York 10016-1314 |
| 25 | | P: (212) 682-7474<br>F: (212) 687-2329 |
| 26 | | Email: jmoskin@foley.com<br>(admitted pro hac vice) |
| 27 | | *Attorneys for Defendant Marks Studios, LLC* |
| 28 | 4824-5427-9974v2 | Page 5 of 6 |

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483  FAX: (702) 567-1568

**ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

DATED: July 29, 2015

_____
Carl W. Hoffman
United States Magistrate Judge

4824-5427-9974, v. 2

4824-5427-9974v2

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483   FAX: (702) 567-1568