NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
nsantoro@santoronevada.com
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
jsmith@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:   702/948-8773

Jonathan Moskin
Ramy Hanna
Adam Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
P: (212) 682-7474
F: (212) 687-2329
Email: jmoskin@foley.com
*(*admitted *pro hac vice*)

*Attorneys for Defendant Marks Studios, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARKS STUDIOS, LLC d/b/a Gimmie Games, a Georgia limited liability company,<br><br>Defendant. | CASE NO.:   2:14-cv-01485-JAD-CWH<br><br>Honorable Jennifer A. Dorsey<br>Magistrate Judge Carl W. Hoffman<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br>**(FOURTH REQUEST)** |

Pursuant to Local Rules 6-1 and 26-4. Plaintiff Konami Gaming, Inc. ("Konami" or "Plaintiff") and Defendant Marks Studios, LLC d/b/a Gimmie Games ("Marks Studios" or "Defendant") hereby stipulate as follows:

**WHEREAS**, the parties to this action filed a proposed joint Discovery Plan and Scheduling Order (the "Scheduling Order") on December 30, 2014, (*Docket no. 24)*;

1   **WHEREAS,** the Court so ordered the Scheduling Order on January 27, 2015 (*Docket no.
2   31)*;

3   **WHEREAS**, the parties' first request to modify the Scheduling Order was on February 6,
4   2015 (*Docket No. 35*);

5   **WHEREAS**, the Court approved the proposed modification of the Scheduling Order on
6   February 9, 2015 (*Docket No. 37*);

7   **WHEREAS**, the parties' second request to modify the Scheduling Order was on May 18,
8   2015 (*Docket No. 65*);

9   **WHEREAS**, the Court approved the proposed modification of the Scheduling Order on
10  May 19, 2015 (*Docket No. 66*);

11  **WHEREAS**, the parties' third request to modify the Scheduling Order was on July 23,
12  2015 (*Docket No. 73*);

13  **WHEREAS**, the Court approved the proposed modification of the Scheduling Order on
14  July 29, 2015 (*Docket No. 75*);

15  **WHEREAS**, in the interest of judicial economy, the parties have agreed to stipulate to
16  simultaneous exchange of opening and responsive claim construction briefs.

17  **WHEREAS**, the parties have agreed to stipulate to a modification of the case schedule,
18  to allow the parties sufficient time to resolve their disputes;

19  **WHEREAS**, this is the parties' second request to modify the Scheduling Order;

20  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned
21  counsel for the named parties hereto, that the schedule in the Scheduling Order will be amended
22  as follows:

| Event | Basis | Proposed Date |
|---|---|---|
| Simultaneous Opening Claim Construction Briefs Exchange (75 pages) | LR 16.1-16 | October 21, 2015 |
| Simultaneous Responsive Claim Construction Brief Exchange (50 pages) | LR 16.1-16 | November 6, 2015 |
| *Markman* Hearing | N/A | To be Set By Court |

**IT IS FURTHER STIPULATED AND AGREED** that nothing herein affects either party's ability to seek to further modify the case schedule or alters the obligations and requirements included in the Scheduling Order and that this Stipulation is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD,**

| | |
|---|---|
| Dated: September 30, 2015 | Dated: September 30, 2015 |
| By: */s/ Nicholas J. Santoro* | By: /s/ Patrick M. McCarthy |
|    Nicholas J. Santoro |    Patrick M. McCarthy |
|    (Nevada Bar No. 532) |    (Michigan Bar No. P49100) |
|    Jason D. Smith |    HOWARD & HOWARD ATTORNEYS |
|    (Nevada Bar No. 9691) |    One North Main Building |
|    SANTORO WHITMIRE |    101 North Main Street |
|    10100 West Charleston Blvd., Suite 250 |    Ann Arbor, Michigan 48104-1475 |
|    Las Vegas, Nevada 89135 |    P: (734) 222-1483 |
|    P: (702) 948-8771 |    F: (732) 761-5957 |
|    F: (702) 948-8773 |    Email: PMcCarthy@howardandhoward.com |
|    Email: nsantoro@santoronevada.com |    (admitted pro hac vice) |
|    Email: jsmith@santoronevada.com | |
| | *Attorney for Plaintiff Konami Gaming, Inc.* |
|    Jonathan Moskin | |
|    Ramy Hanna | |
|    Adam Pence | |
|    FOLEY & LARDNER LLP | |
|    90 Park Avenue | |
|    New York, New York 10016-1314 | |
|    P: (212) 682-7474 | |
|    F: (212) 687-2329 | |
|    Email: jmoskin@foley.com | |
|    *(*admitted *pro hac vice*) | |

*Attorneys for Defendant Marks Studios, LLC*

**ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**:

Dated: October 1, 2015

_____
Carl W. Hoffman
United States Magistrate Judge