NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
nsantoro@santoronevada.com
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
jsmith@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:  702/948-8771
Facsimile:  702/948-8773

Jonathan Moskin
Ramy Hanna
Adam Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
P: (212) 682-7474
F: (212) 687-2329
Email: jmoskin@foley.com
*(admitted pro hac vice)*

*Attorneys for Defendant Marks Studios, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARKS STUDIOS, LLC d/b/a Gimmie Games, a Georgia limited liability company,<br><br>Defendant. | CASE NO.:   2:14-cv-01485-JAD-CWH<br><br>Honorable Jennifer A. Dorsey<br>Magistrate Judge Carl W. Hoffman<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br>**(FIFTH REQUEST)** |

Pursuant to Local Rules 6-1 and 26-4. Plaintiff Konami Gaming, Inc. ("Konami" or "Plaintiff") and Defendant Marks Studios, LLC d/b/a Gimmie Games ("Marks Studios" or "Defendant") hereby stipulate as follows:

**WHEREAS**, the parties to this action filed a proposed joint Discovery Plan and Scheduling Order (the "Scheduling Order") on December 30, 2014, (*Docket no. 24)*;

**WHEREAS,** the Court so ordered the Scheduling Order on January 27, 2015 (*Docket no. 31)*;

**WHEREAS**, to date, the Plaintiff and Defendant have made their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and have filed the Stipulated Protective Order required under Local Rule 16.1-4;

**WHEREAS**, pursuant to the Scheduling Order, discovery is partially stayed until the Court issues a *Markman* order on claim construction.

**WHEREAS**, the Court approved the parties most recent proposed modification of the Scheduling Order on October 1, 2015 (*Docket No. 95*);

**WHEREAS**, lead counsel for the defendant in this action, Mr. Moskin, is also expressly required as lead counsel for Kayak Software Corporation to attend a settlement conference in the matter *Evox Productions LLC v. Kayak Software Corporation*, Case No. 2:15-cv-05053-SS (C.D. Cal.), on the proposed date of exchange of opening claim construction briefs, October 21, 2015, which will also require a day of travel from New York to Los Angeles on October 20, 2015;

**WHEREAS**, the parties have agreed to extend by one week all of the current deadlines in the current schedule to allow the parties sufficient time to exchange Claim Construction Briefs and Expert Disclosures and Reports.

**WHEREAS**, this is the parties' fifth request to modify the Scheduling Order;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the named parties hereto, that the schedule in the Scheduling Order will be amended as follows:

| Event | Basis | Proposed Date |
|---|---|---|
| Opening Claim Construction Briefs Exchange | LR 16.1-16 | October 28, 2015 |
| Responsive Claim Construction Brief Exchange | LR 16.1-16 | November 17, 2015 |
| *Markman* Hearing | N/A | To be Set By Court |
| Initial Expert Disclosures and Submission of Interim Status Report | N/A | November 30, 2015 |
| Rebuttal Expert Exchange | N/A | December 29, 2015 |

**IT IS FURTHER STIPULATED AND AGREED** that nothing herein alters the obligations and requirements included in the Scheduling Order and that this Stipulation is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD,**

Dated: October 16, 2015                                     Dated: October 16, 2015

By: */s/ Nicholas J. Santoro*                               By: */s/ Patrick McCarthy*
    Nicholas J. Santoro                                          Patrick M. McCarthy
    (Nevada Bar No. 532)                                        (Michigan Bar No. P49100)
    Jason D. Smith                                                    HOWARD & HOWARD ATTORNEYS
    (Nevada Bar No. 9691)                                       One North Main Building
    SANTORO WHITMIRE                                       101 North Main Street
    10100 West Charleston Blvd., Suite 250          Ann Arbor, Michigan 48104-1475
    Las Vegas, Nevada 89135                                  P: (734) 222-1483
    P: (702) 948-8771                                                F: (732) 761-5957
    F: (702) 948-8773                                                Email: PMcCarthy@howardandhoward.com
    Email: nsantoro@santoronevada.com             (admitted pro hac vice)
    Email: jsmith@santoronevada.com                *Attorney for Plaintiff Konami Gaming, Inc.*

    Jonathan Moskin
    Ramy Hanna
    Adam Pence
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, New York 10016-1314
    P: (212) 682-7474
    F: (212) 687-2329
    Email: jmoskin@foley.com
    *(*admitted *pro hac vice*)

*Attorneys for Defendant Marks Studios, LLC*

**ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**:

Dated: October 19, 2015

_____
Carl W. Hoffman
United States Magistrate Judge