NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
nsantoro@santoronevada.com
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
jsmith@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:    702/948-8773

Jonathan Moskin
Ramy Hanna
Adam Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
P: (212) 682-7474
F: (212) 687-2329
Email: jmoskin@foley.com
*(admitted pro hac vice)*

*Attorneys for Defendant Marks Studios, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARKS STUDIOS, LLC d/b/a Gimmie Games, a Georgia limited liability company,<br><br>Defendant. | Case No.:   2:14-cv-01485-JAD-CWH<br><br>Honorable Jennifer A. Dorsey<br>Magistrate Judge Carl W. Hoffman<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER** |

Pursuant to Local Rules 6-1 and 26-4, and this Court's Order, dated November 3, 2015, Plaintiff Konami Gaming, Inc. ("Konami" or "Plaintiff") and Defendant Marks Studios, LLC d/b/a Gimmie Games ("Marks Studios" or "Defendant") hereby stipulate as follows:

**WHEREAS**, the parties to this action filed a proposed joint Discovery Plan and Scheduling Order (the "Scheduling Order") on December 30, 2014, (*Docket no. 24)*;

**WHEREAS,** the Court so ordered the Scheduling Order on January 27, 2015 (*Docket no. 31)*;

**WHEREAS**, to date, the Plaintiff and Defendant have made their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and have filed the Stipulated Protective Order required under Local Rule 16.1-4;

**WHEREAS**, pursuant to the Scheduling Order, discovery is partially stayed until the Court issues a *Markman* order on claim construction.

**WHEREAS**, the Court approved the parties' most recent proposed modification of the Scheduling Order on October 19, 2015 (*Docket No. 106)*:

**WHEREAS**, on November 3, 2015, this Court ordered the parties to file a stipulation that vacates the dates associated with present discovery schedule outlined in the Scheduling Order (the order is *Docket No. 110*);

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the named parties hereto, that the dates associated with the discovery schedule in the Scheduling Order (and any modifications to the dates therein) are vacated, including the dates for the claim construction briefs and expert reports;

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that the parties, within 30 days of this Court's November 3, 2015 Order, will submit a status report to the Court outlining the arrangements that have been made to depose Mr. Yoshimi and providing new dates in lieu of the dates that have been vacated by this stipulation and order;

**IT IS FURTHER STIPULATED AND AGREED** that nothing herein alters any other obligations and requirements included in the Scheduling Order.

**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773

**Error! Unknown document property name.**

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD,**

Dated: November 6, 2015                                Dated: November 6, 2015

By: */s/ Nicholas J. Santoro*                          By: */s/ Patrick M. McCarthy*
Nicholas J. Santoro                                    Patrick M. McCarthy (Michigan Bar No.
(Nevada Bar No. 532)                                   P49100) (admitted pro hac vice)
Jason D. Smith                                         HOWARD & HOWARD ATTORNEYS
(Nevada Bar No. 9691)                                  One North Main Building
SANTORO WHITMIRE                                       101 North Main Street
10100 West Charleston Blvd., Suite 250                 Ann Arbor, Michigan 48104-1475
Las Vegas, Nevada 89135                                P: (734) 222-1483
P: (702) 948-8771                                      F: (732) 761-5957
F: (702) 948-8773                                      Email: PMcCarthy@howardandhoward.com
Email: nsantoro@santoronevada.com
Email: jsmith@santoronevada.com                        *Attorneys for Plaintiff Konami Gaming, Inc.*

Jonathan Moskin
Ramy Hanna
Adam Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
P: (212) 682-7474
F: (212) 687-2329
Email: jmoskin@foley.com
*(*admitted *pro hac vice*)

*Attorneys for Defendant Marks Studios, LLC*

**ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**:

Dated: November 12, 2015

_____
Carl W. Hoffman
United States Magistrate Judge

- 3 -

Error! Unknown document property name.