NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
nsantoro@santoronevada.com
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
jsmith@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:   702/948-8773

Jonathan Moskin
Ramy Hanna
Adam Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
P: (212) 682-7474
F: (212) 687-2329
Email: jmoskin@foley.com
(admitted *pro hac vice*)
*Attorneys for Defendant Marks Studios, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARKS STUDIOS, LLC d/b/a Gimmie Games, a Georgia limited liability company,<br><br>Defendant. | CASE NO.:   2:14-cv-01485-JAD-CWH<br><br>Honorable Jennifer A. Dorsey<br>Magistrate Judge Carl W. Hoffman<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY** |

Pursuant to the Court's Minute Order dated November 3, 2015, Defendant MARKS STUDIOS, LLC ("Marks Studios") and Plaintiff KONAMI GAMING, INC. ("Konami," and collectively with Mark Studios, the "Parties") hereby file this Joint Status Report and Stipulation and Order to extend discovery as requested below:

1. <u>Status of this action, including any pending motions or other matters which require this Court's attention</u>.

On November 3, 2015, this Court ordered the parties to file a stipulation vacating the dates associated with present discovery schedule outlined in the most recent Scheduling Order

(the court order is *Docket No. 110*).  The Court further ordered the Parties to provide a status report within 30 days.

On November 10, 2015, the Parties filed a joint stipulation vacating the above-described dates pending the scheduling of Osamu Yoshimi's continued deposition, which this Court so-ordered on November 12, 2015 (*Docket No. 112*).

    2.    <u>Action required to be taken by this Court</u>.

At this time, the parties remain in discussions about the scheduling of Mr. Yoshimi's continued deposition, but, currently, Mr. Yoshimi is unable to travel to the United States before February 2016.  Konami offered two potential dates in February, and Marks Studios accepted February 26, 2016.  However, Mr. Yoshimi has indicated that he cannot confirm the February dates for certain until a later time.  The parties therefore request additional time to allow Mr. Yoshimi to confirm his availability and allow the parties to submit a proposed schedule based on when Mr. Yoshimi's deposition is finally set.  To this end, the parties request the Court set a deadline of January 22, 2016 for a next status report, at which point the parties should have finalized the scheduling of this deposition and agreed upon new dates for the remaining case schedule.

Dated:  December 2, 2015

By: */s/ Nicholas J. Santoro*
    Nicholas J. Santoro (NBN 532)
    Jason D. Smith (NBN 9691)
    SANTORO WHITMIRE
    10100 West Charleston Blvd., Suite 250
    Las Vegas, Nevada 89135
    P: (702) 948-8771/F: (702) 948-8773
    Email: nsantoro@santoronevada.com
    Email: jsmith@santoronevada.com

    Jonathan Moskin
    Ramy Hanna
    Adam Pence
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, New York 10016-1314
    P: (212) 682-7474/F: (212) 687-2329
    Email: jmoskin@foley.com
    *(*admitted *pro hac vice*)

*Attorneys for Defendant Marks Studios, LLC*

Dated:  December 2, 2015

By: */s/ Patrick M. McCarthy*
    Patrick M. McCarthy (Michigan Bar No. P49100) (admitted pro hac vice)
    HOWARD & HOWARD ATTORNEYS
    One North Main Building
    101 North Main Street
    Ann Arbor, Michigan 48104-1475
    P: (734) 222-1483/F: (732) 761-5957
    Email: PMcCarthy@howardandhoward.com

*Attorneys for Plaintiff Konami Gaming, Inc.*

SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773

**IT IS SO ORDERED**:

_____
Carl W. Hoffman
United States Magistrate Judge
DATED: December 3, 2015