UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Konami Gaming, Inc., <br>     Plaintiff <br> v. <br> Marks Studios, LLC, <br>     Defendant <br> _____ <br> and related claims | 2:14-cv-01485-JAD-CWH <br><br> **Order Scheduling Claim-Construction Hearing** |

This is a patent-infringement action regarding four slot-wagering-game patents.[1] The parties have filed their opening claim-construction briefs and have agreed upon dates for revised opening, response, and reply briefs, all scheduled to be completed by August 29, 2016.[2]

In their revised joint claim construction and prehearing statement, the parties request three and a half hours each for their claim-construction hearing presentations, for a total of seven hours.[3] I grant the request. The claim-construction hearing will take place September 29-30, 2016, and the parties must adhere to the following schedule:

Thursday, September 29

1 p.m.: Hearing begins/court addresses any issues before presentations begin

1:15 p.m.: Plaintiff's presentation begins

2:45 p.m.: Afternoon break

3:00 p.m.: Plaintiff's presentation resumes

4:30 p.m.: Plaintiff's presentation ends

---

[1] ECF No. 1.

[2] ECF No. 119.

[3] ECF No. 123 at 18.

1  <u>Friday, September 30</u>

2  9 a.m.:  Defendant's presentation begins

3  10:30-10:45 a.m.:  Morning break

4  12:15 p.m.:  Defendant's presentation ends/lunch break

5  1:30 p.m.:  Plaintiff's closing statement

6  2:00 p.m.:  Defendant's closing statement

7  2:30 p.m.:  Hearing ends

8      IT IS SO ORDERED.

9      DATED: July 8, 2016

                                        _____
                                        Jennifer A. Dorsey
                                        United States District Judge