**HOWARD & HOWARD ATTORNEYS PLLC**
Robert Hernquist
(Nevada Bar No. 10616)
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483 | Facsimile: (702) 567-1568
Email: RHernquist@HowardandHoward.com

Patrick M. McCarthy (Michigan Bar No. P49100) (admitted *pro hac vice*)
2950 S. State Street, Suite 360
Ann Arbor, Michigan 48104-1475
Telephone: (734) 222-1483 | Fax: (734) 761-5957
Email: PMcCarthy@HowardandHoward.com

Kristopher K. Hulliberger (Michigan Bar No. P66903) (admitted *pro hac vice*)
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Telephone: (248) 723-0453 | Fax: (248) 645-1568
Email: kkh@h2law.com

Christopher J. Worrel (Michigan Bar No. P75441) (admitted *pro hac vice*)
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Telephone: (248) 723-0453 | Fax: (248) 645-1568
Email: cjw@h2law.com

*Attorneys for Plaintiff Konami Gaming, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MARKS STUDIOS, LLC d/b/a Gimmie Games, a Georgia limited liability company,<br><br>　　　Defendant.<br>_____<br>MARKS STUDIOS, LLC d/b/a Gimmie Games, a Georgia limited liability company,<br><br>　　　Counterclaim-Plaintiff, | Case No.: 2:14-CV-01485-JAD-CWH<br><br>Honorable Jennifer A. Dorsey<br>Magistrate Judge Carl W. Hoffman<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER (NINTH REQUEST)** |

v.

KONAMI GAMING, INC., a Nevada corporation,

　　Counterclaim-Defendant.

# STIPULATION AND [PROPOSED] ORDER TO MODIFY ORDER SCHEDULING CLAIM CONSTRUCTION HEARING

Pursuant to Local Rules 6-1 and 26-4, Plaintiff Konami Gaming, Inc. ("Konami" or "Plaintiff") and Defendant Marks Studios, LLC d/b/a Gimmie Games ("Marks Studios" or "Defendant") hereby stipulate as follows:

**WHEREAS**, the parties to this action filed a proposed joint Discovery Plan and Scheduling Order (the "Scheduling Order") on December 30, 2014, (*Docket No. 24*);

**WHEREAS,** the Court so ordered the Scheduling Order on January 27, 2015 (*Docket No. 31)*;

**WHEREAS**, the parties first requested to modify the Scheduling Order on February 6, 2015 (*Docket No. 35)*;

**WHEREAS**, the Court so ordered the Scheduling Order on February 6, 2015 (*Docket No. 37)*;

**WHEREAS**, the parties for a second time requested to modify the Scheduling Order on May 18, 2015 (*Docket No. 65)*;

**WHEREAS**, the Court so ordered the Scheduling Order on May 19, 2015 (*Docket No. 66)*;

**WHEREAS**, the parties for the third time requested to modify the Scheduling Order on July 23, 2015 (*Docket No. 73*);

**WHEREAS**, the Court so ordered the Scheduling Order on July 29, 2015 (*Docket No. 75)*;

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483   FAX: (702) 567-1568

**WHEREAS**, the parties for the fourth time requested to modify the Scheduling Order on September 30, 2015 (*Docket No. 93*);

**WHEREAS**, the Court so ordered the Scheduling Order on October 1, 2015 (*Docket No. 95*);

**WHEREAS**, the parties for the fifth time requested to modify the Scheduling Order on October 16, 2015 (*Docket No. 105*);

**WHEREAS**, the Court so ordered the Scheduling Order on October 19, 2015 (*Docket No. 106*);

**WHEREAS**, the parties for the sixth time requested to modify the Scheduling Order on November 10, 2015 (*Docket No. 111*);

**WHEREAS**, the Court so ordered the Scheduling Order on November 12, 2015 (*Docket No. 112*);

**WHEREAS**, the parties for the seventh time requested to modify the Scheduling Order on December 3, 2015 (*Docket No. 115*);

**WHEREAS**, the Court so ordered the Scheduling Order on January 25, 2016 (*Docket No. 116*);

**WHEREAS**, the parties for the eighth time requested to modify the Scheduling Order on January 22, 2016 (*Docket No. 118*);

**WHEREAS**, the Court so ordered the Scheduling Order on January 25, 2016 (*Docket No. 119*);

**WHEREAS**, the Court issued Document No. 124, Order Scheduling Claim Construction Hearing, on July 8, 2016, setting the claim construction hearing to take place September 29-30, 2016;

**WHEREAS**, the parties requested to modify the Court's Order Scheduling Claim

Construction Hearing on August 2, 2016 (*Docket No. 127*);

**WHEREAS**, the Court so ordered the modification of the Order Scheduling Claim Construction on August 5, 2016 (*Docket No. 128*);

**WHEREAS**, the parties have conferred and agreed to adjust the discovery schedule following claim construction to accommodate the changes since the Scheduling Order was first entered, and good cause exists for this modification as the Court's claim construction order may assist in performing expert analysis and preparing expert disclosures; and

**WHEREAS**, this is the parties' ninth request to modify the briefing schedule.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the named parties hereto, that the Scheduling Order will be amended as follows:

| Event | Proposed Date |
| --- | --- |
| Initial Expert Disclosures and Submission of Interim Status Report | 45 days after a *Markman* order on claim construction |
| Rebuttal Expert Exchange | 30 days after Initial Expert Disclosures |
| Fact Discovery Cut-off | 120 days after entry of the *Markman* order on claim construction |
| Expert Discovery cut-off | 90 days after Fact Discovery cut-off |
| Last Day to File Dispositive Motions | 30 days after Expert discovery cut-off |

**IT IS FURTHER STIPULATED AND AGREED** that nothing herein alters the obligations and requirements included in the Scheduling Order and that this Stipulation is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD,**

Dated: September 30, 2016

By:/s/  Robert Hernquist
Robert Hernquist (Nevada Bar No. 10616)
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, NV 89169

Patrick M. McCarthy (Michigan Bar No.

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483  FAX: (702) 567-1568

P49100)
(admitted *pro hac vice*)
2950 S. State Street, Suite 360
Ann Arbor, Michigan 48104-1475

Kristopher K. Hulliberger (Michigan Bar No. P66903) (admitted *pro hac vice*)
450 West Fourth Street
Royal Oak, Michigan 48067-2557

Christopher J. Worrel (Michigan Bar No. P75441) (admitted *pro hac vice)*
450 West Fourth Street
Royal Oak, Michigan 48067-2557

*Attorneys for Plaintiff Konami Gaming, Inc.*

Dated:  September 30, 2016

By: /s/ Bradley Roush
Nicholas J. Santoro
(Nevada Bar No. 532)
Jason D. Smith
(Nevada Bar No. 9691)
SANTORO WHITMIRE
10100 West Charleston Blvd., Suite 250

Jonathan Moskin
Ramy Hanna
Adam Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
*(*admitted *pro hac vice*)

Bradley Roush
FOLEY & LARDNER LLP
3000 K Street, NW
Washington, DC 20007-5109
*(*admitted *pro hac vice*)

*Attorneys for Defendant Marks Studios, LLC*

## ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**:

Dated: October 3, 2016

_____
Carl W. Hoffman
United States Magistrate Judge